UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN M. BECKNELL, | : |
| Plaintiff, | : Civ. No. 13-4622 (FLW) |
| v. | : ORDER |
| SEVERANCE PAY PLAN OF JOHNSON AND JOHNSON AND U.S. AFFILIATED COMPANIES, et al., | : |
| Defendants. | : |

**THIS MATTER** having been opened to the Court by Frank X. Dee, Esq., counsel for Defendants the Severance Pay Plan of Johnson and Johnson and U.S. Affiliated Companies and the Pension Committee of Johnson and Johnson (collectively, "Defendants"), on a motion to dismiss Plaintiff Alan M. Becknell's ("Plaintiff") Complaint; it appearing that Plaintiff, through his counsel, Lawrence A. Katz, Esq., opposes the motion; the Court having considered the parties' submissions in connection with motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date and for good cause shown,

**IT IS** on this 21st day of April, 2014,

**ORDERED** that Defendants' motion to dismiss is **DENIED.**

/s/ Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.